UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Cabrera Vicente,<br><br>        Petitioner,<br><br>    v.<br><br>Mullin, et al.,<br><br>        Respondents. | 26-CV-4962 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Both Respondents and Petitioner have notified the Court that Petitioner was located in the Eastern District of New York at the time the Petition was filed.  ECF Nos. 4, 6.  Accordingly, this case must be transferred to the Eastern District of New York.  *See Khalil v. Joyce*, 771 F. Supp. 3d 268, 280-86 (S.D.N.Y. 2025).

All conferences and deadlines are **CANCELLED**.  This case is hereby ordered **TRANSFERRED** to the Eastern District of New York.

This Court's Initial Scheduling Order prohibited removal of Petitioner from the United States, or transfer of the Petitioner outside of the Eastern District of New York, the Southern District of New York, or the District of New Jersey.  *See* ECF No. 3.  That directive remains in effect unless and until the transferee court orders otherwise.

The Clerk of Court is respectfully directed to transfer this case to the Eastern District of New York.  Given the parties' agreement that transfer is appropriate, the Clerk of Court is respectfully directed to waive the 7-day period provided by Local Rule 83.1.

SO ORDERED.

Dated:  June 15, 2026
         New York, New York

DALE E. HO
United States District Judge

2